## 1996. SMITH v. THE STATE.

HILL, C. J. 1. The testimony for the defendant relating to the defense of alibi did not at best show the impossibility of his presence at the time of the commission of the crime, and there was no material error in the failure of the court to charge the jury specifically as to the defense of alibi, especially in the absence of a request to give such a charge.

2. The assignments of error of law are without merit, and the evidence is sufficient to support the verdict. *Judgment affirmed.*

Indictment for car-breaking, from Bibb superior court—Judge Felton. June 26, 1909.

Submitted July 14,—Decided July 31, 1909.

*Hall & Fowler*, for plaintiff in erorr.

*Walter J. Grace, solicitor-general*, contra.